# IN THE SUPREME COURT OF THE STATE OF NEVADA

STUART EUGENE COLE,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 73226

**FILED**

SEP 05 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "Notice of Motion requesting certain corrections on [appellant's] presentence investigation report (PSI)," denying a "second "Notice of Motion" seeking copies of certain documents," and denying a "motion to enforce judge's order to correct PSI report and score sheet." Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Because appellant failed to raise his objections in an appeal from the judgment of conviction, he has waived the opportunity to have the alleged inaccuracies in the PSI addressed by this court. *See Stockmeier v. State, Bd. of Parole Commr's*, 127 Nev. 243, 250-51, 255 P.3d 209, 214 (2011). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, C.J.
Cherry

_____, J.          _____, J.
Hardesty                                Stiglich

[1]In light of this order, we take no action on the pro se document filed on August 17, 2017.

17-29572

cc: Hon. Steve L. Dobrescu, District Judge
Stuart Eugene Cole
Attorney General/Carson City
White Pine County District Attorney
White Pine County Clerk

